Form B 250A (12/09)

# United States Bankruptcy Court
## Southern District Of Ohio

In re Keesha P. Thompson,
      Debtor

Keesha P. Thompson
      Plaintiff

v.

U.S. Bank Home Mortgage
      Defendant

Case No. 05-62731

Chapter 13

Adv. Proc. No. 2:11-ap-02063

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: 170 N. High St., Columbus, Ohio 43215

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Theodore R. Saker, Jr.
1374 King Avenue
Columbus, Ohio 43212

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: **February 9, 2011**

/s/Kenneth Jordan - Clerk of Court

NOTE: Plaintiff must file a copy of the completed summons with the court via CM/ECF.