Adversary Case: 11-02063

**CERTIFICATE OF SERVICE**

vs.

Defendant: US Bank

I, _____Theodore R. Saker, Jr._____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 10, 2011 by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

US BANK HOME MORTGAGE
4801 Frederica Street
Owensboro, KY 42301

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly] (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 10, 2011
Date                                    Signature

| Print Name | Theodore R. Saker, Jr. |
| Business Address | 1374 King Avenue |
| City Columbus | State OH | Zip 43212 |