**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 22, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

| | |
|---|---|
| KEESHA P. THOMPSON | Case No. 05-62731 |
| Debtor(s). | Chapter 13 (Judge Caldwell) |

* * * * * * * * * * * *

KEESHA P. THOMPSON

    Plaintiff(s),

                                            Adv. Pro. No. 11-02063

vs

US BANK HOME MORTGAGE

    Defendant(s).

**<u>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT U.S. BANK HOME MORTGAGE (Doc. No. 4)</u>**

It being made to appear to the Court that on March 16, 2011, Plaintiff filed a Motion for Default Judgment against Defendant U.S. Bank Home Mortgage (Doc. No. 4). The Court, being fully advised in the premises, finds that on February 9, 2011, Plaintiff caused a summons to be issued and served it and

the complaint upon Defendant (Doc. No. 3); that the motion and notice required by L.B.R. 9013 were properly served on Defendant on March 16, 2011; that more than twenty-one days has passed since the service thereof, and that no objection thereto has been filed; that Defendant has failed to appear or otherwise defend in this adversary proceeding; that it is further made to appear to the Court that Plaintiff prays for a for a determination of the validity, priority and extent of Defendant's consensual mortgage upon Plaintiff's residential real property and a declaratory judgment finding that as of October, 2010, Plaintiff has and should be deemed to have paid all funds owed to Defendant pursuant to the plan, and that upon tender to the Chapter 13 Trustee of the balance Plaintiff owes to her unsecured creditors, Defendant should be required to adjust its books and records so as to deem Plaintiff to be current, including all escrows for taxes, insurance and other items of expense to be paid to third parties, and that Plaintiff should receive a discharge, it is, therefore, by the Court

ORDERED that a default judgment be and is hereby GRANTED.  Upon tender by Plaintiff to the Chapter 13 Trustee of the balance owed to her unsecured creditors within fourteen (14) days of the date of this order, she is hereby deemed to have paid all funds owed to Defendant pursuant to the terms of the plan; that Defendant be and is hereby ORDERED to adjust its books and records accordingly; that thereafter, the Trustee may file his final report herein and a discharge be issued.

IT IS SO ORDERED.

Copies to:

Theodore R. Saker, Jr., Esq., 1374 King Avenue, Columbus, Ohio 43212

U.S. Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301

###